*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 22, 2016                  522345
_____

In the Matter of NALDY
    RODRIGUEZ,
                        Petitioner,

        v
                                           MEMORANDUM AND JUDGMENT
ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:  August 8, 2016

Before:  Garry, J.P., Egan Jr., Lynch, Clark and Aarons, JJ.

                        _____


        Naldy Rodriguez, Cape Vincent, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto expunged from
petitioner's institutional record and petitioner's inmate account
was never charged the $5 mandatory surcharge.  In view of this,
petitioner has received all the relief to which he is entitled
and the appeal must be dismissed as moot (see Matter of Makas v

Venettozzi, 138 AD3d 1342, 1342-1343 [2016]; Matter of Rizzuto v Prack, 137 AD3d 1381, 1382 [2016]). As the record discloses that petitioner was assessed a $15 reduced filing fee, he is entitled to a refund of that amount (see Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]).

Garry, J.P., Egan Jr., Lynch, Clark and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ENTER:

Robert D. Mayberger
Clerk of the Court